UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21991
  JEFFREY S WOKURKA

                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-5547

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/21/07 and confirmed on 02/27/08.

     2.  The case was dismissed after confirmation, 12/19/2008.

     3.  The Debtor paid a total of $  3440.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | 5175.00 | .00 | 300.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS POWER | UNSECURED | 443.16 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 5961.92 | .00 | .00 |
| CENTRAL CREDIT UNION OF | UNSECURED | 7241.77 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12751.01 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2846.94 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| DAWN GAPSEVICH | CHILD SUPPORT | .00 | .00 | .00 |
| KATIE STOUV | CHILD SUPPORT | .00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 384.00 | .00 | 384.00 |
| CITIZENS BANK | UNSECURED | 2965.69 | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5175.00 | 384.00 | 32210.49 | .00 | 37769.49 |
| PRINCIPAL PAID | 300.00 | 384.00 | .00 | .00 | 684.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 300.00 | 384.00 | .00 | .00 | 684.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $  3500.00
and was paid $  2559.20 .

The Trustee received $   196.80 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 07 B 21991 JEFFREY S WOKURKA